# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SENSOR ELECTRONIC TECHNOLOGY, INC., § § § Plaintiff, § § v. § § LITE-ON TECHNOLOGY CORPORATION, LITE-ON TECHNOLOGY USA, INC., LITE-ON, INC., and LITE-ON TRADING USA, INC. § § § § § § Defendants. § | Case No. 6:21-cv--00322 |

**PLAINTIFF SENSOR ELECTRONIC TECHNOLOGY, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Sensor Electronic Technology, Inc., identifies Seoul Viosys Co., Ltd.

Dated: April 2, 2021

/s/ Kevin Kudlac
Kevin Kudlac
Texas State Bar No. 00790089
**CONNOR KUDLAC LEE, PLLC**
609 Castle Ridge Road, Suite 450
Austin, TX 78746
Telephone: 512-777-1254
Facsimile: 512-656-5743
kevin@connorkudlaclee.com

Michael B. Eisenberg
(*pro hac vice* forthcoming)
**STEPTOE & JOHNSON LLP**
1114 Sixth Avenue,
New York, NY 10036
meisenberg@steptoe.com
Telephone: 212-506-3900

Etai Lahav (*pro hac vice* forthcoming)

**RADULESCU LLP**
5 Penn Plaza, 19th Floor
New York, NY 10001
Telephone: 646-502-5950
Facsimile: 646-502-5959
etai@radip.com

*Counsel for Plaintiff*
*Sensor Electronic Technology, Inc.*