**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| SENSOR ELECTRONIC TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> LITE-ON TECHNOLOGY CORPORATION, LITE-ON TECHNOLOGY USA, INC., LITE-ON, INC., and LITE-ON TRADING USA, INC., <br><br> Defendants. | Civil Action No. 6:21-CV-00322-ADA |

**AGREED MOTION FOR EXTENSION OF TIME FOR**
**DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff and all Defendants, by and through their undersigned counsel, file this Agreed Motion for an Extension of Time for Defendants to Respond to Plaintiff's Complaint. In support thereof, the parties state as follows:

1.      Plaintiff filed the Complaint on April 2, 2021.

2.      The Complaint was served on defendants Lite-On Technology USA, Inc., Lite-On, Inc., and Lite-On Trading USA, Inc. (together "Lite-On US entities") on April 8, 2021. The current response date is April 29, 2021.

3.      Defendant Lite-On Technology Corporation ("Lite-On Taiwan") waived service of process on April 14, 2021, making its response due on July 13, 2021.

The parties have met and conferred per L.R. CV-7(i). The Lite-On US entities have requested and Plaintiff has consented to a 90-day extension for the Lite-On US entities to answer or respond to the Complaint, to correspond with the response date of Lite-On Taiwan. The additional 90 days will not alter the date of any event or any deadline already fixed by Court order. The new response date will be July 13, 2021 for all defendants.

The parties respectfully requests that the Court enter an order granting the extension of time for all Defendants to answer or otherwise plead to the Complaint on or before July 13, 2021.

Dated:  April 21, 2021

Respectfully submitted,

By: _____/s/ Kevin S. Kudlac_____
Kevin S. Kudlac (Bar No. 00790089)
    kevin@connorkudlaclee.com
CONNOR KUDLAC LEE, PLLC
609 Castle Ridge Road, Suite 450
Austin, TX  78746
Telephone: 512-777-1254
Facsimile:  512-656-5743

Michael B. Eisenberg ((*pro hac vice* to be filed)
    meisenberg@steptoe.com
Steptoe & Johnson LLP
1114 sixth Avenue
New York NY  10036
Telephone:  212-506-3900

Etai Lahav (*pro hac vice* to be filed)
    etai@radip.com
RADULESCU LLP
5 Penn Plaza, 19th Floor
New York, NY  10001
Telephone: (646) 502-5950
Facsimile:  (646) 502-5959

Attorneys for Plaintiff

Dated:  April 21, 2021

Respectfully submitted,

By: _____/s/ Brian C. Nash_____
Brian C. Nash
Texas State Bar No. 24051103
Pillsbury Winthrop Shaw Pittman LLP
401 Congress Avenue, Suite 1700
Austin, TX  78701-3797
Telephone: 512.580.9600
Facsimile:  512.580.9601
Email: brian.nash@pillsburylaw.com

Christopher Kao (*pro hac vice* to be filed)
    christopher.kao@pillsburylaw.com
David J. Tsai (*pro hac vice* to be filed)
    david.tsai@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
4 Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Telephone:  415.983.1000
Facsimile:  415983.1200

Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document has been served upon all counsel of record via the Court's ECF system on April 21, 2021.

 */s/ Brian C. Nash*
Brian C. Nash