IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SENSOR ELECTRONIC TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LITE-ON TECHNOLOGY CORPORATION,<br>LITE-ON TECHNOLOGY USA, INC.,<br>LITE-ON, INC., and LITE-ON TRADING USA, INC.,<br><br>Defendants. | Civil Action No. 6:21-CV-00322-ADA |

**ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

Upon consideration of the parties Agreed Motion for Extension of Time for Defendants to Respond to Plaintiff's Complaint,

IT IS ORDERED that the motion is GRANTED, and the new response date for all Defendants to answer or otherwise respond to Plaintiff's Complaint is July 13, 2021.

Entered this _____ day of _____, 2021

_____
Honorable Alan D Albright
United States District Judge