IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

SENSOR ELECTRONIC TECHNOLOGY, INC.,

    Plaintiff,

  v.

LITE-ON TECHNOLOGY CORPORATION,
LITE-ON TECHNOLOGY USA, INC.,
LITE-ON, INC., and LITE-ON TRADING USA, INC.,

    Defendants.

LITE-ON TECHNOLOGY CORPORATION,

    Counterclaim-Plaintiff,

and

GENESIS PHOTONICS, INC.

    Third-Party Plaintiff,

  v.

SENSOR ELECTRONIC TECHNOLOGY, INC.

    Counterclaim-Defendant.

Civil Action No. 6:21-cv-00322-ADA

## AMENDED SCHEDULING ORDER

| Event | Current Deadline | Extended Deadline |
|---|---|---|
| Opening claim construction briefs | June 21, 2022 | July 1, 2022 |
| Responsive claim construction briefs | July 12, 2022 | July 26, 2022 |
| Reply claim construction briefs | July 26, 2022 | August 5, 2022 |
| Sur-Reply claim construction briefs | August 9, 2022 | August 16, 2022 |

| Event | Current Deadline | Extended Deadline |
|---|---|---|
| Joint Claim Construction Statement | August 12, 2022 | August 18, 2022 |
| Optional Tech Tutorials | August 16, 2022 | August 18, 2022 |
| *Markman* | August 23, 2022 | August 29, 2022 |

All other dates in the previous Agreed Scheduling Order (Dkt. No. 36) remain unchanged.

SIGNED this 22nd day of June, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

Dated:  June 21, 2022

 /s/ Kevin S. Kudlac (with permission)
Kevin S. Kudlac (Bar No. 00790089)
**RADULESCU LLP**
100 Congress Avenue, Ste. 2000
Austin, TX 78701
Tel.: (512) 656-5743
kevin@radip.com

David C. Radulescu, Ph.D. (*pro hac vice*)
Etai Lahav (*pro hac vice*)
**RADULESCU LLP**
5 Penn Plaza, 19th Floor
New York, NY 10001
Tel.: 646-502-5950
Fax: 646-502-5959
david@radip.com
etai@radip.com

***Attorneys for Plaintiff and
Counterclaim-Defendant
Sensor Electronic Technology, Inc.***

Respectfully submitted,

By:     /s/ Christopher Kao
Steven P. Tepera
(Texas State Bar No. 24053510)
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
401 Congress Avenue, Suite 1700
Austin, TX  78701-3797
Telephone:   512.580.9600
Facsimile:    512.580.9601
Email: steven.tepera@pillsburylaw.com

Christopher Kao (*admitted*)
   christopher.kao@pillsburylaw.com
David J. Tsai (*pro hac vice*)
   david.tsai@pillsburylaw.com
Brock S. Weber (*pro hac vice*)
   brock.weber@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
4 Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Telephone:   415.983.1000
Facsimile:    415.983.1200

***Attorneys for Defendants
Lite-On Technology Corporation,
Lite-On Technology USA, Inc.,
Lite-On, Inc., and Lite-On Trading USA, Inc.***

***Counterclaim-Plaintiff
Lite-On Technology Corporation***

***and***

***Third-Party Plaintiff
Genesis Photonics, Inc.***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above document has been served upon all counsel of record via the Court's ECF system on June 21, 2022.

    */s/ Christopher Kao*